### WEINER v. CENTRAL REALTY COMPANY et al.

LUMPKIN, J. Under the pleadings and the evidence in this case, there, was no error in refusing to grant the interlocutory injunction prayed.

*Judgment affirmed. All the Justices concur, except Beck, J., absent.*

NOVEMBER 13, 1915..

Petition for injunction. Before Judge Bell. Fulton superior court. March 22, 1915.

*G. B. Rush,* for plaintiff. *Wimbish & Ellis,* for defendants.

---

### SAVANNAH & STATESBORO RAILWAY COMPANY v. TOWN OF BROOKLET.

LUMPKIN, J. Under the conflicting evidence in this case, there was no abuse of discretion in denying the interlocutory injunction prayed.

*Judgment affirmed. All the Justices concur, except Beck, J., absent.*

NOVEMBER 13, 1915.

Petition for injunction. Before Judge Hardeman. Bulloch superior court. February 3, 1915.

*Johnston & Cone,* for plaintiff.

*Fred T. Lanier,* for defendant.